IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                     CASE NO. 09-31785-DHW
                                                                                                          CHAPTER 13

**KISHA R. URGENT,**
      Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on July 8, 2009.

2. The debtor(s) §341 Meeting of Creditors was held August 20, 2009.

3. Confirmation is scheduled for September 21, 2009.

4. At the meeting of creditors the debtor(s) was advised Title Max of Alabama has filed a secured claim (Court claim #1/Trustee Claim #1) of $33.48. The debtor was to either make provisions or object to the claim. To date no amendment or objection has been filed.

WHEREFORE, the above premises considered, the Trustee does not recommend confirmation of this case as the plan not make provisions for all secured claims.

Respectfully submitted September 14, 2009.

                                                            Curtis C. Reding
                                                            Standing Chapter 13 Trustee

                                   By:    /s/ Tina J. Hayes
                                                   Tina J. Hayes
                                                   Staff Attorney (HAY 049)

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, September 14, 2009.

/s/ Tina J. Hayes
Tina J. Hayes

Kisha R. Urgent
6020 Hinchcliff Road
Montgomery, AL 36117

Hon. Vonda S. McLeod (*via electronic filing*)